Leon HARRELL, Plaintiff—Appellant,

v.

CNA INSURANCE COMPANIES; Continental Casualty Company; Quorum Health Group, Incorporated, d/b/a Carolinas Hospital System; Qhg of South Carolina, Incorporated, d/b/a Carolinas Hospital System; Carolinas Hospital System Group Long Term Disability Plan, Defendants—Appellees.

580

No. 03-1698.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2003.
Decided Feb. 2, 2004.

Chalmers C. Johnson, Chalmers John-
son Law Firm, Charleston, South Carolina,
for Appellant.

John E. Schmidt, III, Kerry B. McTi-
gue, Nelson Mullins Riley & Scarborough,
L.L.P., Columbia, South Carolina, for Ap-
pellees.

Before WILKINSON, MOTZ, and
GREGORY, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

Leon Harrell appeals the district court's
orders denying his disability claim under
the Employee Retirement Income Security
Act of 1974, 29 U.S.C. §§ 1001-1168
(2000), his request for sanctions under 29
U.S.C. § 1132, his requests for attorneys'
fees and costs, and his request for recon-
sideration. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court in its various orders. *See*
*Harrell v. CNA Insurance Co.*, No. CA-
99-292-4-12 (D.S.C. filed Jan 15 and en-
tered Jan. 16, 2003; Jan. 21, 2003; May
14, 2003; May 15, 2003). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED*